UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

WHITNEY MCFARLAND, a/k/a "Whitney McFarlane,"

Defendant.

**ORDER**

21 Cr. 33 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Whitney McFarland's sentencing will take place on **May 24, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant McFarland are due by **May 10, 2021**. The Government's submission is due by **May 17, 2021**.

Dated: New York, New York
      May 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge