UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WHITNEY MCFARLAND,

Defendant.

**ORDER**

21 Cr. 33 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing in this matter currently scheduled for May 24, 2021 at 12:00 p.m. will now take place on **May 24, 2021 at 1:00 p.m.**

Dated: New York, New York
       May 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1