# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 7, 2021

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Whitney McFarland**,
              **21 Cr. 33 (PGG)**

Dear Judge Gardephe:

     I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Whitney McFarland's passport to Mr. McFarland, or to a representative from my office. Mr. McFarland's passport was surrendered to Pretrial Services during the pendency of his criminal case. On May 24, 2021, Mr. McFarland received a sentence of time served with three years of supervised release. Pretrial Services has informed my office that they can only release Mr. McFarland's passport pursuant to a Court Order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/ Amy Gallicchio
Amy Gallicchio, Esq.
Assistant Federal Defender
Tel.: (212) 417-8728

SO ORDERED:

*Paul S. Gardephe*

**HONORABLE PAUL G. GARDEPHE**
**United States District Judge**
Dated: June 10, 2021