UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WHITNEY MCFARLAND,

                              Defendant.

**ORDER**

21 Cr. 33 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On March 30, 2023, Defendant McFarland filed a motion, requesting early termination of his term of supervised release.  The Government and the Probation Office are directed to respond to the motion by **April 11, 2023**.

Dated:  New York, New York
            April 4, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge